■ ABC PAVING CO., INC., Appellant, v VERMEER SALES & SERVICE OF WESTERN NEW YORK, INC., et al., Defendants, and VERMEER MANUFACTURING COMPANY, Respondent. (Appeal No. 1.) [612 NYS2d 992] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Breach of Contract.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.